UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SLAY, *et al.,* ) | Case No.: 1:07 CV 283 |
| ) | |
| Plaintiffs ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | <u>ORDER</u> |
| ROCK BOTTOM LAWN MAINTENANCE ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants ) | |

This court has been advised by Magistrate Judge Patricia A. Hemann, that this action has been settled and the parties will be submitting a dismissal entry to the court by October 12, 2007. Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 28, 2007